UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO,<br><br>       Plaintiff,<br><br>v.<br><br>ROOBEN MIRZAIANS,<br><br>       Defendant. | Case No. 2:23-cv-07090-SB-SK<br><br><br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

  Plaintiff Miriam Maldonado filed her complaint against Defendant Rooben Mirzaians on August 28, 2023.  Dkt. No. 1.  On November 2, 2023, Plaintiff effectuated personal service on Defendant.  *See* Dkt. No. 13.  Defendant failed to timely respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than December 5, 2023, why her claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

  The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before December 5, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

  IT IS SO ORDERED.

Date: November 28, 2023

                 _____
                  Stanley Blumenfeld, Jr.
                  United States District Judge